**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) | **REQUEST FOR LEAVE TO PROCEED** |
| | ) | **IN FORMA PAUPERIS** |
| vs. | ) | |
| | ) | Case No. 1:08-cr-017 |
| Chad Allen Mutschelknaus, | ) | |
| | ) | |
| Defendant. | ) | |

A sentencing hearing for the defendant, Chad Mutschelknaus, was held on January 5, 2009. At the sentencing hearing, counsel for Mutschelknaus moved the Court for leave to allow the Defendant to proceed in forma pauperis on appeal. See 28 U.S.C. § 1915 and 18 U.S.C. § 3006A. The Court finds that Mutschelknaus is unable to pay the requisite fees on appeal or to provide security therefor. The Court **GRANTS** the Defendant's request to proceed in forma pauperis with a direct appeal of his sentence.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2009.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court